DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of K.M. and R.M., minor children.

G.C.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE
GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2026-0321
_____

June 17, 2026

Appeal from the Circuit Court for Hillsborough County; Daryl M.
Manning, Judge.

David Maldonado of The Maldonado Law Firm, P.A., Lakeland, for
Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for
Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd
Weitz, Senior Attorney, Appellate Division, Tallahassee, for Appellee
Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.